CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
FEB 24 2014
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| DEBRA L. BARKER,<br>Plaintiff, | Civil Action No. 2:12cv00001 |
| v. | **ORDER** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br>Defendant. | By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed February 6, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**; and
2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $6,000.00.

ENTER: February 24, 2014.

United States District Judge